# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JONATHAN D. WILLIE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX EXPRESS,<br><br>    Defendant. | **Case No.: 1:15-cv-01514-DAD-EPG**<br><br>**ORDER RE: JOINT STIPULATION TO TAKE DEPOSITION AFTER DISCOVERY CUT-OFF**<br><br>Complaint Filed:  October 6, 2015<br>Trial Date:            August 29, 2017 |

Based on the stipulation between the parties (ECF No. 30) and good cause appearing therein, the Court hereby orders that the parties are permitted to take the deposition of Tom Machado after the discovery cutoff date. All other dates remain as set forth in the Court's Scheduling Order (ECF No. 23).

IT IS SO ORDERED.

Dated:   **October 18, 2016**             /s/ Erica P. Grosjean
                                                                                 UNITED STATES MAGISTRATE JUDGE

1189393 (60-15537)                              1                           1:15-cv-01514-DAD-EPG
ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF DATE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614